

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

May 21, 2018

Chambers, Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:         Richard Francese
Case No.    17-23079-rdd
Loan No.    ...5865

Dear Judge Drain:

    Please allow this letter to serve as a written status report, submitted on behalf of Seterus, Inc. (the "Servicer") pursuant to the Southern District of New York Loss Mitigation Program Procedures.

    The Servicer had generated correspondence on this Fannie Mae loan that set forth a denial for loan modification options. If there are any questions, please feel free to contact me directly at 716-204-1781.

    Very truly yours,
    Gross Polowy, LLC as counsel to the Servicer


By:     *S/Dennis Jose, Esq.*

cc.    ECF and Email
       Allen A. Kolber, Esq.